# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JACQUELINE JACKSON

VERSUS

THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, EMR
SERVICES, LLC, KONE, INC.,
AND ANY UNIDENTIFIED LSU
STUDENT UNION AGENTS AND/OR
EMPLOYEE(S)

**CONSOLIDATED WITH**

PAULETTE FENDERSON HEBERT,
AND FARRAH GAINIE WALLIS

VERSUS

THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE, EMR
SERVICES, LLC, KONE, INC.,
AND ANY UNIDENTIFIED LSU
STUDENT UNION AGENTS AND/OR
EMPLOYEE(S)

NO. 2019 CA 0459

**CONSOLIDATED WITH**

NO. 2019 CA 0460

**AUG 0 5 2019**

---

In Re:    Jacqueline Jackson, Paulette Fenderson Hebert, and
          Farrah Gainie Wallis, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 639891 **c/w** 639892.

---

**BEFORE:    McDONALD, THERIOT AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING GRANTED.**   The appeal is hereby
reinstated.   New briefing delays are to be set by the Clerk's
office.

                            JMM
                            MRT
                            WRC


COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT